IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNGENTA SEEDS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ No. 04-269-SLR ) |
| MONSANTO COMPANY; DEKALB GENETICS CORP.; DOW AGROSCIENCES, LLC; and MYCOGEN PLANT SCIENCE, INC. and AGRIGENETICS, INC. collectively d/b/a MYCOGEN SEEDS, | ) ) ) ) ) ) ) |
| Defendants. | ) |

O R D E R

At Wilmington this 18th day of March, 2005, having reviewed the status of the instant case as it relates to the litigation captioned <u>Syngenta Seeds, Inc. v. Monsanto Co.</u> ("the 02-1331 litigation");

IT IS ORDERED that, on or before **April 1, 2005**, plaintiff shall show cause why the instant case should not be stayed pending appeal of the 02-1331 litigation.

_____
United States District Judge