IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNGENTA SEEDS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MONSANTO COMPANY; | ) | C. A. No. 04-269 (SLR) |
| DEKALB GENETICS CORP.; | ) | |
| DOW AGROSCIENCES, LLC; and | ) | |
| MYCOGEN PLANT SCIENCE, INC. | ) | |
| and AGRIGENETICS, INC., | ) | |
| d.b.a. MYCOGEN SEEDS, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Richard L. Horwitz of the law firm of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor, Wilmington, DE 19899, as counsel on behalf of all defendants in this matter.

OF COUNSEL:

John F. Lynch
Susan K. Knoll
Howrey Simon Arnold White LLP
750 Bering Drive, #400
Houston, Texas 77057
(713) 787-1400 - telephone
(713) 787-1440 – facsimile

*Attorneys for Defendants Monsanto Company and DeKalb Genetics Corp.*

POTTER ANDERSON & CORROON LLP

By: /s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000 – telephone
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants*

OF COUNSEL:

Daniel J. Thomasch
Robert M. Isackson
ORRICK, HERRINGTON & SUTCLIFF LLP
666 Fifth Avenue
New York, NY 10103
(212) 506-5000

Elizabeth Howard
Craig Kaufman
ORRICK, HERRINGTON & SUTCLIFF LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400

*Attorneys for Defendants*
*Dow Agrosciences, LLC,*
*Mycogen Plant Science, Inc. and*
*Agrigenetics, Inc., d.b.a. Mycogen Seeds*

Dated: April 6, 2005


676880

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on April 6, 2005, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Paul M. Lukoff
David E. Brand
Prickett Jones & Elliott
1310 King Street
P. O. Box 1328
Wilmington, DE 19899

I hereby certify that on April 6, 2005, I have faxed the documents to the following non-registered participants:

Dimitrios T. Drivas
White & Case
1155 Avenue of the Americas
New York, NY 10036

Elizabeth A. Howard
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Daniel J. Thomasch
Robert M. Isackson
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

By: /s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

676883