IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNGENTA SEEDS, INC., <br><br> Plaintiff, <br> v. <br><br> MONSANTO COMPANY; DEKALB GENETICS CORP.; PIONEER HI-BRED INTERNATIONAL, INC.; DOW AGROSCIENCES LLC; and MYCOGEN PLANT SCIENCE, INC. and AGRIGENETICS, INC., collectively d.b.a. MYCOGEN SEEDS, <br><br> Defendants. | Case No. 04-269 (SLR) |

### SYNGENTA SEEDS, INC.'S NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a)(1)(i), plaintiff voluntarily dismisses the above-captioned action without prejudice.

PRICKETT, JONES & ELLIOTT, P.A.

BY: David E. Brand (Del. Bar # 201)
Paul M. Lukoff (Del. Bar # 96)
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
Tele: (302) 888-6514
ATTORNEYS FOR PLAINTIFF

*Of Counsel:*

Dimitrios T. Drivas
Kevin X. McGann
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
ATTORNEYS FOR PLAINTIFF

Date: June 13, 2007.

## CERTIFICATE OF SERVICE

I, DAVID E. BRAND, hereby certify that a true copy of the **SYNGENTA SEEDS, INC.'S NOTICE OF VOLUNTARY DISMISSAL** was served upon one of the attorneys of record for each party to the above-entitled cause to each such attorney at his/her legal address as shown below on June 13, 2007:

Dimitrios T. Drivas  
WHITE & CASE LLP  
1155 Avenue of the Americas          Via Federal Express  
New York, NY  10036-2787

Daniel J. Thomasch          Via Federal Express  
Robert M. Isackson  
ORRICK, HERRINGTON & SUTCLIFFE, LLP  
666 5th Avenue  
New York, NY  10103

          Via Federal Express  
Susan K. Knoll  
Steven G. Spears  
HOWREY SIMON ARNOLD & WHITE, LLP  
750 Bering Drive  
Houston, TX  77057

_____  
DAVID E. BRAND (I.D. No. 201)